PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions of Probation

Name of Offender: Giordano, John                               Cr.: 02-00432-001

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 10/29/02

Original Offense: Wilful Failure to Pay Child Support

Original Sentence: Five Years Probation and $232,934.42 Restitution

Type of Supervision: Probation                      Date Supervision Commenced: 10/29/02

### PETITIONING THE COURT

[X]  To modify the conditions of supervision by directing that Giordano make restitution payments of at least $100 each month.

### CAUSE

Previously, the Probation Office directed Giordano to pay $400 per month toward satisfaction of his restitution obligation. In recent months he has been beset by health problems and is surviving on disability and other nominal earnings as well as a small amount of public subsistence. The Probation Office believes that he can reasonably be expected to pay $100 per month toward satisfaction of his restitution obligation.

Respectfully submitted,

By: Mark Hengemuhle
    Supervising U.S. Probation Officer
Date: 05/15/05

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-31-05
Date